UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     Case No. 05-cr-11-pp

LAWRENCE T. TURNER,

    Defendant.

**ORDER DENYING MOTION FOR RETURN OF SEIZED PROPERTY (DKT. NO. 247)**

On January 3, 2019, the court received from the defendant a motion asking the court to order that $45,000 seized from him by the FBI, the Milwaukee County Police Department and the Milwaukee County Sheriff's Department be returned to him. Dkt. No. 247. He claims that no forfeiture notice ever was filed regarding the money. Id. at 1-2.

The government responds that the Drug Enforcement Administration started administrative forfeiture proceedings against the money (actually $42,105) on January 7, 2005. Dkt. No. 252. No one filed claims for the money, despite the DEA sending notice to the defendant at his residence, the place where he was incarcerated and "at his drug house." Id. at 2-3. The DEA administratively forfeited the funds on April 13, 2005. Id. at 3.

Because the defendant did not make a claim during the administrative forfeiture process, and because the time for seeking to set aside the administrative forfeiture has expired, the court will deny the motion.

The court **DENIES** the defendant's motion for return of seized property. Dkt. No. 247.

Dated in Milwaukee, Wisconsin this 14th day of March, 2019.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**